IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TERRY DEWITT CAVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-130 |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed this case on September 30, 2022, and Defendant was served October 11, 2022, with proof of service provided on October 26, 2022.  (Doc. nos. 1, 4, 4-6.)  Defendant filed its answer on December 6, 2022.  (Doc. no. 6.)  The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed.  (See doc. no. 2.)  However, no Rule 26(f) Report has been filed.  Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the conference.  The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 3rd day of January, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA