IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TERRY DEWITT CAVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-130 |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The August 10, 2023 Revised Scheduling Order directed the parties to file a Joint Status Report by November 27, 2023, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 20.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's August 10th Order on or before Wednesday, December 6, 2023.[1]

SO ORDERED this 29th day of November, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.